Commonwealth *v.* Williams, Appellant.

Submitted March 19, 1973. *Drew Salaman* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Wilmore, Appellant.

Submitted March 19, 1973. *Leonard Tishgart,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth ex rel. Balliet *v.* Balliet, Appellant.

Submitted March 23, 1973. *Samuel Merovitz,* and *Rosenbaum & Merovitz,* for appellant; *Robert K. Duffy,* and *Duffy, North, Duffy & Wilson,* for appellee.

Order affirmed.